**No. 09-9309. Jerome Julius Brown, Petitioner v. State Capitol Office of the Governor, et al.**

559 U.S. 1097, 130 S. Ct. 2381, 176 L. Ed. 2d 776, 2010 U.S. LEXIS 3497.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 358 Fed. Appx. 186.

■

**No. 09-9313. Isaac Dewayne Russell, Petitioner v. Teri Kennedy, et al.**

559 U.S. 1097, 130 S. Ct. 2382, 176 L. Ed. 2d 776, 2010 U.S. LEXIS 3504.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

■

**No. 09-9316. James DiMaria, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility.**

559 U.S. 1097, 130 S. Ct. 2382, 176 L. Ed. 2d 776, 2010 U.S. LEXIS 3496.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

■

**No. 09-9326. Liysa Northon, Petitioner v. Ann Rule, et al.**

559 U.S. 1097, 130 S. Ct. 2382, 176 L. Ed. 2d 776, 2010 U.S. LEXIS 3585.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 905.

■

**No. 09-9331. Carlvosier Smith, Petitioner v. Illinois.**

559 U.S. 1097, 130 S. Ct. 2382, 176 L. Ed. 2d 776, 2010 U.S. LEXIS 3618.

April 26, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 234 Ill. 2d 546, 336 Ill. Dec. 489, 920 N.E.2d 1079.

■

**No. 09-9353. Anthony Threatt, Petitioner v. Thomas Birkett, Warden.**

559 U.S. 1097, 130 S. Ct. 2382, 176 L. Ed. 2d 776, 2010 U.S. LEXIS 3527.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

■

**No. 09-9383. Linwood Brant, Petitioner v. David Varano, et al.**

559 U.S. 1097, 130 S. Ct. 2383, 176 L. Ed. 2d 776, 2010 U.S. LEXIS 3661.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

■

**No. 09-9397. Marquise Leon Flewellen, Petitioner v. Dolan Waller, Warden, et al.**

559 U.S. 1097, 130 S. Ct. 2383, 176 L. Ed. 2d 776, 2010 U.S. LEXIS 3499.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.